UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
SIMIN KARIMIAN, Individually and on behalf  :
of all others similarly situated,
                                            :
              Plaintiff,
                                            :
       vs.                                      Case No. 1:18-cv-07410-LDH-SMG
                                            :
ALKERMES PUBLIC LIMITED COMPANY,
RICHARD F. POPS, and JAMES M. FRATES,       :

              Defendants.                   :

                                            :
------------------------------------------------------------ X
BONNIE MCDERMOTT, Individually and on       :
behalf of all others similarly situated,
                                            :
              Plaintiff,
                                            :
       vs.                                      Case No. 1:19-cv-00624-LDH-SMG
                                            :
ALKERMES PUBLIC LIMITED COMPANY,
RICHARD F. POPS, and JAMES M. FRATES,       :

              Defendants.                   :

                                            :
------------------------------------------------------------ X
```

**NOTICE OF MOTION AND MOTION OF MIDWEST OPERATING ENGINEERS
PENSION TRUST FUND FOR APPOINTMENT AS LEAD PLAINTIFF, APPOINTMENT
OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT Midwest Operating Engineers Pension Trust Fund ("Midwest Operating Engineers" or "Movant") respectfully moves this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), at 15 U.S.C. § 78u-4, for entry of an Order: (i) appointing Midwest Operating Engineers as Lead Plaintiff on behalf of itself and all others similarly situated who purchased Alkermes Public Limited Company

2468267 v1

("Alkermes" or the "Company") securities between February 17, 2017 and November 1, 2018, inclusive (the "Class Period"); (ii) appointing the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") to serve as Lead Counsel; and (iii) consolidating the above-captioned related actions.

This motion is supported by the accompanying Memorandum of Law, the Declaration of S. Douglas Bunch and the exhibits annexed thereto, all of the prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Midwest Operating Engineers respectfully requests that the Court: (i) appoint it as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Exchange Act; (ii) appoint Cohen Milstein as Lead Counsel for the Class; (iii) consolidate the above-captioned related actions; and (iv) grant such other and further relief as the Court may deem just and proper.

Dated: February 25, 2019

Respectfully submitted,

COHEN MILSTEIN SELLERS
& TOLL PLLC

       /s/     S. Douglas Bunch
Steven J. Toll
S. Douglas Bunch (SB-3028)
1100 New York Avenue, N.W.
East Tower, Suite 500
Washington, DC  20005-3964
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

- and -

Carol V. Gilden
190 S. LaSalle St.
Suite 1705
Chicago, IL  60603
Telephone: (312) 357-0370
Facsimile: (312) 357-0369

*Attorneys for Movant Midwest Operating Engineers Pension Trust Fund and Proposed Lead Counsel for the Class*

**2468267 v1**