UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
SIMIN KARIMIAN, Individually and on behalf :
of all others similarly situated,
:
        Plaintiff,
:
  vs.
: Case No. 1:18-cv-07410-LDH-SMG
ALKERMES PUBLIC LIMITED COMPANY,
RICHARD F. POPS, and JAMES M. FRATES, :

        Defendants.
:

:
----------------------------------------------------------- X
BONNIE MCDERMOTT, Individually and on :
behalf of all others similarly situated,
:
        Plaintiff,
:
  vs.
: Case No. 1:19-cv-00624-LDH-SMG
ALKERMES PUBLIC LIMITED COMPANY,
RICHARD F. POPS, and JAMES M. FRATES, :

        Defendants.
:

:
----------------------------------------------------------- X

**DECLARATION OF S. DOUGLAS BUNCH IN SUPPORT OF MOTION OF MIDWEST OPERATING ENGINEERS PENSION TRUST FUND FOR APPOINTMENT AS LEAD PLAINTIFF, APPOINTMENT OF LEAD COUNSEL, AND CONSOLIDATION OF <u>RELATED ACTIONS</u>**

Pursuant to 28 U.S.C. § 1746, I, S. Douglas Bunch, declare as follows:

1.     I am a partner at Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), a member in good standing of the New York bar, and admitted to practice in this District. I submit this declaration in support of the motion filed by Midwest Operating Engineers Pension Trust Fund ("Midwest Operating Engineers" or "Movant") to: (1) appoint Midwest Operating Engineers as Lead Plaintiff; and (2) appoint Cohen Milstein as Lead Counsel for the class.

2.     Attached as exhibits hereto are true and correct copies of the following:

2468480 v1

2

Exhibit A:   Notice of filing of a complaint to purchasers of Alkermes common stock, dated December 27, 2018;

Exhibit B:   Certification of Midwest Operating Engineers;

Exhibit C:   Loss calculation of Midwest Operating Engineers; and

Exhibit D:   Firm Biography of Cohen Milstein.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.


Dated:   February 25, 2019          /s/ S. Douglas Bunch
                                         S. Douglas Bunch

2468480 v1