# EXHIBIT B

## CERTIFICATION

Thomas M. Bernstein, Administrative Manager of the Midwest Operating Engineers Pension Trust Fund ("Midwest Operating Engineers"), declares, as to the claims asserted under the federal securities laws, that:

1. I am authorized to make this certification on behalf of Midwest Operating Engineers, which wishes to serve as a lead plaintiff in this matter.

2. I have reviewed a complaint filed in this matter.

3. Midwest Operating Engineers did not purchase the securities that are the subject of this action at the direction of its counsel or to participate in this action.

4. Midwest Operating Engineers is willing to serve as a lead plaintiff and class representative on behalf of the Class, including providing testimony at deposition and trial if necessary.

5. Midwest Operating Engineers' transactions in the securities of Alkermes Public Limited Company that are the subject of this action are set forth in Schedule A, attached hereto.

6. During the three years prior to the date of this Certification, Midwest Operating Engineers has not sought to serve as a representative party for a class under the federal securities laws.

7. Midwest Operating Engineers will not accept any payment for serving as a class representative on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of February 2019.

_____
Thomas M. Bernstein
Administrative Manager
*Midwest Operating Engineers Pension Trust Fund*

2471219 v1

## SCHEDULE A

| Trade Date | Transaction Type | Shares | Share Price ($) |
|---|---|---|---|
| 2/23/2017 | Purchase | 9,204 | 52.2387 |
| 2/23/2017 | Purchase | 11,000 | 52.845 |
| 2/24/2017 | Purchase | 4,796 | 52.3497 |
| 5/9/2017 | Purchase | 18,100 | 57.0918 |
| 5/9/2017 | Purchase | 1,900 | 57.0761 |
| 7/28/2017 | Purchase | 10,000 | 54.9702 |
| 9/6/2017 | Purchase | 10,000 | 50.041 |
| 11/21/2017 | Purchase | 30,000 | 49.0201 |
| 4/6/2018 | Purchase | 35,000 | 42.1545 |
| 4/25/2018 | Purchase | 15,000 | 44.262 |