# EXHIBIT C

**Midwest Operating Engineers Pension Trust Fund LIFO Losses**

Alkermes plc
Class Period: 2/17/2017 - 11/1/2018

| Trade Date | Transaction Type | # Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Cost | Proceeds |
|---|---|---|---|---|---|---|---|---|
| 2/23/2017 | Purchase | 9,204 | 52.2387 | 9,204 | - | - | $ 480,804.99 | |
| 2/23/2017 | Purchase | 11,000 | 52.8450 | 11,000 | - | - | $ 581,295.00 | |
| 2/24/2017 | Purchase | 4,796 | 52.3497 | 4,796 | - | - | $ 251,069.16 | |
| 5/9/2017 | Purchase | 18,100 | 57.0918 | 18,100 | - | - | $ 1,033,361.58 | |
| 5/9/2017 | Purchase | 1,900 | 57.0761 | 1,900 | - | - | $ 108,444.59 | |
| 7/28/2017 | Purchase | 10,000 | 54.9702 | 10,000 | - | - | $ 549,702.00 | |
| 9/6/2017 | Purchase | 10,000 | 50.0410 | 10,000 | - | - | $ 500,410.00 | |
| 11/21/2017 | Purchase | 30,000 | 49.0201 | 30,000 | - | - | $ 1,470,603.00 | |
| 4/6/2018 | Purchase | 35,000 | 42.1545 | 35,000 | - | - | $ 1,475,407.50 | |
| 4/25/2018 | Purchase | 15,000 | 44.2620 | 15,000 | - | - | $ 663,930.00 | |

| Damage Summary | |
|---|---|
| Total Class Period Purchases: | 145,000 |
| Total Class Period Sales: | - |
| Total Sales on Class Period Purchases: | - |
| Total Class Period Shares Retained: | 145,000 |
| Loss Price*: | $ 33.3712 |
| Total Purchases: | $ 7,115,027.83 |
| Total Sales Proceeds: | $ - |
| Total Retained Value: | $ (4,838,822.03) |
| **Total Loss:** | **$ 2,276,205.79** |

*The 90-day mean trading price for the period from 11/2/2018 to 1/30/2019 has been used to value the retained shares.