# EXHIBIT B

## CERTIFICATION AND AUTHORIZATION

I, Michael McCall, on behalf of Pension Trust Fund for Operating Engineers ("Operating Engineers"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed the complaint in this matter and I am authorized in my capacity as Executive Director of Operating Engineers to initiate litigation and to execute this Certification on behalf of Operating Engineers. I have authorized Saxena White P.A. to file a lead plaintiff motion in this action or any related actions on Operating Engineers' behalf.

2. Operating Engineers did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Operating Engineers is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Operating Engineers' transactions in Alkermes Public Limited Company's securities during the class period as specified in the complaint are set forth in the attached "Schedule A."

5. Operating Engineers has sought to serve and was appointed as lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

    *Evanston Police Pension Fund v. McKesson Corporation, et al.*, No. 3:18-cv-06525 (N.D. Cal.)

6. Operating Engineers has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff or the lead plaintiff decision is still pending:

    *Pension Trust Fund for Operating Engineers v. DeVry Education Group, Inc.*, No. 1:16-cv-5198 (N.D. Ill.)

    *Vrakas v. United States Steel Corporation*, No. 2:17-cv-00579 (W.D. Pa.)

    *Hachem v. General Electric, Inc.*, No. 1:17-cv-08457 (S.D.N.Y.)

7. Operating Engineers will not accept any payment for serving as a representative party on behalf of the Class beyond Operating Engineers' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of February, 2019.

*Pension Trust Fund for Operating Engineers*

_____
Michael McCall, Executive Director

## SCHEDULE A
## Pension Trust Fund for Operating Engineers
## Transactions in Alkermes PLC
## Period: February 17, 2017 through November 1, 2018

| Common Stock Purchases | | | Common Stock Sales | | |
|---|---|---|---|---|---|
| Date | Shares | Price | Date | Shares | Price |
| 02/23/17 | 7,400 | $52.26 | 03/10/17 | 66 | $57.21 |
| 02/23/17 | 8,800 | $52.87 | 03/10/17 | 23 | $57.21 |
| 02/24/17 | 3,800 | $52.37 | 04/10/17 | 50 | $58.16 |
| 02/28/17 | 68 | $56.51 | 04/10/17 | 19 | $58.16 |
| 03/31/17 | 45 | $58.51 | 05/10/17 | 49 | $57.71 |
| 04/28/17 | 136 | $58.26 | 05/10/17 | 24 | $57.71 |
| 06/07/17 | 63 | $59.58 | 07/11/17 | 70 | $57.41 |
| 06/07/17 | 10 | $59.58 | 07/11/17 | 30 | $57.41 |
| 06/23/17 | 295 | $58.48 | 08/10/17 | 48 | $51.65 |
| 06/28/17 | 16 | $58.17 | 08/10/17 | 71 | $51.65 |
| 07/25/17 | 20 | $58.00 | 09/13/17 | 22 | $52.28 |
| 07/27/17 | 78 | $54.91 | 09/13/17 | 20 | $52.28 |
| 07/28/17 | 5,000 | $55.00 | 09/18/17 | 93 | $52.01 |
| 09/06/17 | 15,944 | $49.92 | 10/11/17 | 41 | $51.55 |
| 09/06/17 | 4,056 | $49.88 | 10/11/17 | 31 | $51.55 |
| 09/18/17 | 2 | $52.03 | 11/13/17 | 29 | $49.17 |
| 10/03/17 | 89 | $51.44 | 11/13/17 | 60 | $49.17 |
| 11/21/17 | 10,000 | $49.05 | 12/13/17 | 51 | $52.25 |
| 12/18/17 | 20 | $52.19 | 12/13/17 | 22 | $52.25 |
| 03/19/18 | 8 | $60.46 | 12/18/17 | 71 | $52.19 |
| 04/06/18 | 20,000 | $42.19 | 01/10/18 | 166 | $58.71 |
| 05/31/18 | 73 | $47.20 | 01/10/18 | 43 | $58.71 |
| 06/07/18 | 28 | $48.30 | 02/13/18 | 20 | $54.69 |
| 06/22/18 | 339 | $44.13 | 02/13/18 | 22 | $54.69 |
| 06/22/18 | 1,744 | $44.13 | 03/13/18 | 39 | $60.35 |
| 06/29/18 | 14 | $41.16 | 03/13/18 | 15 | $60.35 |
| 07/24/18 | 45 | $45.26 | 03/29/18 | 9 | $57.96 |
| 07/24/18 | 14 | $45.26 | 04/11/18 | 60 | $43.00 |
| | | | 05/11/18 | 36 | $46.71 |
| | | | 05/11/18 | 20 | $46.71 |
| | | | 06/13/18 | 42 | $48.99 |
| | | | 06/13/18 | 20 | $48.99 |
| | | | 08/13/18 | 28 | $43.79 |
| | | | 08/13/18 | 22 | $43.79 |
| | | | 09/12/18 | 20 | $39.88 |
| | | | 09/21/18 | 144 | $41.56 |
| | | | 10/11/18 | 62 | $41.59 |