# EXHIBIT A



## ALKS ALERT: Rosen Law Firm Files First Securities Class Action Lawsuit Against Alkermes Public Limited Company; Reminds Investors with $100K in Losses of Important February 25th Deadline - ALKS

SOURCE Rosen Law Firm, P.A.

NEW YORK, Jan. 25, 2019 /PRNewswire/ -- Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of Alkermes Public Limited Company (NASDAQ: ALKS) from February 17, 2017 through November 1, 2018, inclusive (the "Class Period"). The lawsuit seeks to recover damages for Alkermes investors under the federal securities laws. If you wish to serve as lead plaintiff, you must move the Court no later than February 25, 2019.



To join the Alkermes class action, go to https://www.rosenlegal.com/cases-1452.html or call Phillip Kim, Esq. or Zachary Halper, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or zhalper@rosenlegal.com for information on the class action.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

According to the lawsuit, defendants made false and/or misleading statements and/or failed to disclose that: (1) the U.S. Food and Drug Administration ("FDA") had advised Alkermes to follow a certain protocol in connection with its New Drug Application submission for ALKS 5461; (2) Alkermes had failed to follow that protocol; (3) consequently, an FDA advisory committee voted 21 to 2 against the approval of ALKS 5461; and (4) as a result, Alkermes' public statements were materially false and/or misleading at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than February 25, 2019. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to https://www.rosenlegal.com/cases-1452.html or to discuss your rights or interests regarding this class action, please contact Phillip Kim or Zachary Halper of Rosen Law Firm toll free at 866-767-3653 or via email at pkim@rosenlegal.com or zhalper@rosenlegal.com.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 3 each year since 2013.

Contact Information:

Laurence Rosen, Esq.
Phillip Kim, Esq.
Zachary Halper, Esq.
The Rosen Law Firm, P.A.

275 Madison Avenue, 34th Floor
New York, NY 10016
Tel: (212) 686-1060
Toll Free: (866) 767-3653
Fax: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com
zhalper@rosenlegal.com
www.rosenlegal.com

 View original content to download multimedia:http://www.prnewswire.com/news-releases/alks-alert-rosen-law-firm-files-first-securities-class-action-lawsuit-against-alkermes-public-limited-company-reminds-investors-with-100k-in-losses-of-important-february-25th-deadline--alks-300784575.html

©2017 PR Newswire. All Rights Reserved.

Information contained on this page is provided by an independent third-party content provider. Frankly and this Site make no warranties or representations in connection therewith. If you are affiliated with this page and would like it removed please contact pressreleases@franklyinc.com

## Around the Web

Ads by Revcontent

**2016 Jeep Wrangler - 4WD 2dr Sahara Keyless Entry,Brake**
$25,722 - Huntington Mazda Spin...

**Constant Fatigue is a Warning Sign - Here's the Simple Solution**
GundryMD

**Thinning Hair? Pour This on Your Head and Watch What Happens**
RHT

**Ronda Rousey's Mini Dress Caused a Stir on the Red Carpet**
Reportily

**See the New Cars Coming for 2019**
Kelley Blue Book®

**18 Employees Who Won't Be Getting Employee of the Year**
Routinejournal

**Photos of Ancient Landmarks Left to Decay**
History Daily

**93% Fail, Can You Name These Infamous Dictators?**
Hooch

**The One Thing All Cheaters Have In Common**
TruthFinder