# EXHIBIT B

## CERTIFICATION OF MOVANT
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Jim Beno, as Chairman and on behalf of the Automotive Industries Pension Trust Fund ("Movant"), hereby declare as to the following claims asserted under the federal securities laws that:

1. Movant has reviewed a complaint filed in this action.

2. Movant did not acquire the security that is the subject of this action at the direction of Movant's counsel or to participate in this action or any other litigation under the federal securities laws.

3. Movant is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition or trial, if necessary.

4. Movant has made the following transaction(s) during the Class Period in Alkermes plc (NasdaqGS: ALKS) securities that are the subject of this action:

| Shares Acquired | Shares Sold | Transaction Date | Price Per Share |
|---|---|---|---|
| 9,866 | | 5/23/17 | 65.1588 |
| | 585 | 12/11/17 | 59.52 |
| | 9,281 | 4/17/18 | 61.6993 |

5. Movant will actively monitor and vigorously pursue this action for the Class' benefit.

6. Movant has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws except as detailed below during the three years prior to the date of this Certification:

*Shaffer v. Horizon Pharma PLC*, No. 16-cv-01763-JMF (S.D.N.Y.)

*Stoyas v. Toshiba Corporation*, No. 15-cv-04194-DDP (C.D. Cal.)

*Beltis v. Envision Healthcare Corp.*, No. 3:17-cv-01112 (M.D. Tenn.)

7. Movant will not accept any payment for serving as a representative party on behalf of the Class beyond Movant's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as the Court orders or approves.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 25th day of February, 2019.

_____
Jim Beno, Chairman
Automotive Industries Pension Trust Fund

2

**ALKERMES plc – AUTOMOTIVE INDUSTRIES PENSION TRUST FUND**
**ESTIMATED LOSSES FOR CLASS PERIOD FEBRUARY 17, 2017 THROUGH NOVEMBER 1, 2018 (INCLUSIVE)**

| Date | Trans. | Quantity | Share Price | Trans. Total | Shares Retained | 78 Day Average Look-Back Price Per Share (as of 2/25/19) |
|---|---|---|---|---|---|---|
| 5/23/2017 | BUY | 9,866 | $57.7325 | $569,588.85 | | |
| 12/11/2017 | SELL | 585 | $52.5917 | $30,766.14 | 9,281 | |
| 4/17/2018 | SELL | 9,281 | $45.6467 | $423,647.02 | 0 | |
| | | | | | | $32.9014 |

**GAIN/LOSS**     **$118,289.12**