**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ALKERMES PUBLIC LIMITED COMPANY SECURITIES LITIGATION | No. 1:18-cv-07410 (LDH) (SMG) <br><br> **ORAL ARGUMENT REQUESTED** <br><br> **SERVED NOVEMBER 27, 2019** |

**DEFENDANTS' MOTION TO DISMISS**
**THE AMENDED CLASS ACTION COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(3)(A), Defendants Alkermes plc ("Alkermes"), Richard F. Pops, James M. Frates, Elliot Ehrich, and Blair C. Jackson (with Alkermes, "Defendants") move to dismiss the Amended Class Action Complaint (ECF No. 34, "AC") in its entirety and with prejudice. As grounds for this Motion, Defendants state as follows:

The AC should be dismissed for the reasons stated in the Memorandum of Law in Support of Defendants' Motion to Dismiss the AC, and the Declaration of Deborah S. Birnbach in Support of Defendants' Motion to Dismiss the AC and the accompanying exhibits.

WHEREFORE, Defendants respectfully request that this Court issue an Order dismissing the AC in its entirety and with prejudice, and granting such other and further relief as the Court deems just and proper.

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 6.1(c) and Part III.D.1 of the Court's Individual Practices, Defendants request oral argument on their Motion to Dismiss the AC.

Dated: November 27, 2019            Respectfully submitted,

ALKERMES PLC, RICHARD F. POPS, JAMES M. FRATES, ELLIOT EHRICH, and BLAIR C. JACKSON,

By their attorneys,

/s/ *Deborah S. Birnbach*
Deborah S. Birnbach
Caroline H. Bullerjahn (*pro hac vice*)
Ian Stearns (*pro hac vice*)
John L. Potapchuk (*pro hac vice*)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: 617.570.1000
Fax: 617.523.1231
dbirnbach@goodwinlaw.com
cbullerjahn@goodwinlaw.com
istearns@goodwinlaw.com
jpotapchuk@goodwinlaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document and all supporting memoranda of law and exhibits, in accordance with the Court's October 8, 2019 order and Part III.B.2 of the Court's Individual Practices, (i) were served by email on counsel of record for all parties as listed on the ECF system on November 27, 2019, and (ii) will be filed via ECF when Defendants' Motion to Dismiss is fully briefed. I further certify that courtesy copies of this document and all supporting exhibits will be provided to the Court.

Dated: November 27, 2019         */s/ Deborah S. Birnbach*
                                 Deborah S. Birnbach