UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

IN RE ALKERMES PUBLIC LIMITED      JUDGMENT
COMPANY SECURITIES LITIGATION      18-CV-7410 (LDH)(RML)

------------------------------------------------------------ X

A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on February 26, 2021, granting Defendants' motion to dismiss the complaint for failure to state claim; and dismissing the complaint in its entirety; it is

ORDERED and ADJUDGED that this Defendants' motion to dismiss the complaint for failure to state a claim is granted; the action is dismissed in its entirety; and Judgment is entered in favor of Defendants.


Dated: Brooklyn, NY                        Douglas C. Palmer
       February 26, 2021                   Clerk of Court

                                           By: /s/Brenna B. Mahoney
                                           Brenna B. Mahoney
                                           Chief Deputy

1